**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Barbara Ann Harris | ) | |
| | ) | CASE NO. 16-20975-KL |
| | ) | |
| Debtor. | ) | |

### AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtor and JPMorgan Chase Bank, National Association ("Creditor") on the above-captioned Chapter 13 case and show the court that on April 13, 2016 the Debtor filed her Chapter 13 plan.

The Debtor and the Creditor hereby stipulate to the following of said plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed by and between the Debtor and the Creditor that said plan be modified as follows:

<u>Debtors shall pay arrearage as filed in the Creditor's Proof of Claim absent an objection. This will resolve JPMorgan Chase Bank, National Association's objection to confirmation of plan filed on June 14, 2016 as Document Number 26.</u>

And the Court having examined said stipulated modification of the plan, and being duly advised in the premises finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the plan, as the case may be is deemed to have accepted the plan as modified.

**SO ORDERED.**

Dated:_____

_____
JUDGE, U.S. BANKRUPTCY COURT

<u>Distribution</u>
Debtor, Attorney for Debtor
Creditor's Attorney
Trustee, U.S. Trustee

EXAMINED AND APPROVED:


<u> /s/ Christopher R. Schmidgall </u>
Christopher R. Schmidgall
Attorney for Debtor




<u> /s/ Fredric Lawrence          </u>
Fredric Lawrence
Attorney for Creditor